RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4/4/11

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| JAMES E. BROWN<br>LA. DOC #112958 | CIVIL ACTION NO. 3:11-cv-0194 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN TIM WILKINSON | MAGISTRATE JUDGE KAREN L. HAYES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Application for Writ of *Habeas Corpus* insofar as it alleges sentencing error, is **DISMISSED WITH PREJUDICE**, subject to Petitioner's right to pursue this action should he obtain authorization from the United States Court of Appeals for the Fifth Circuit.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's Application for Writ of *Habeas Corpus*, insofar as it alleges Third Judicial District Judge Cynthia Woodard's error in the denial of Petitioner's third motion to correct an illegal sentence,

is **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

    **MONROE, LOUISIANA**, this 4 day of April, 2011.

                                                    **ROBERT G. JAMES**
                                         **UNITED STATES DISTRICT JUDGE**